# United States District Court

-------------------------- DISTRICT OF KANSAS----------------------------

**GREGORY J. BARNES,**

        **Plaintiff,**

**v.**                                             Case No: 23-1093-JAR-KGG

**STATE OF KANSAS,**

        **Defendant.**

## JUDGMENT IN A CIVIL CASE

☐  Jury Verdict. This action came before the Court for a jury trial. The issues have been tried and the jury has rendered its verdict.

☒  Decision by the Court. This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS THEREFORE ORDERED BY THE COURT** that the Complaint is dismissed without prejudice in accordance with the June 8, 2023, Report and Recommendation (Doc. 7). Accordingly, Plaintiff's Motion for Preliminary Injunction (Doc. 5) is moot.

July 31, 2023                                      SKYLER B. O'HARA
   Date                                                 CLERK OF THE DISTRICT COURT

                                                         by: *s/ Sarah Spegal*
                                                                Deputy Clerk